

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00091-CV

———————————————

JOHNATHAN COOPER, Appellant

V.

HARVEY COX, Appellee

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CA-23-050

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant['s] Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: November 27, 2024